IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER VALDOVINOS,<br><br>             Plaintiff,<br><br>     vs.<br><br>KRAFT FOODS GLOBAL, INC.,<br><br>             Defendant.<br>_____ / | CASE NO. CV F 11-1182 LJO BAM<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 27.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.  DISMISSES with prejudice this entire action;

2.  VACATES all pending matters; and

3.  DIRECTS the clerk to close this action.


IT IS SO ORDERED.

**Dated:   March 14, 2012**                    /s/ Lawrence J. O'Neill
                                                             UNITED STATES DISTRICT JUDGE

1