**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JENNIFER VALDOVINOS,                          CASE NO. CV F 11-1182 LJO BAM

                    Plaintiff,          **ORDER TO DISMISS AND TO CLOSE ACTION**
        vs.                                  (Doc. 27.)

KRAFT FOODS GLOBAL, INC.,

                  Defendant.
_____/

      Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

      1.     DISMISSES with prejudice this entire action;

      2.     VACATES all pending matters; and

      3.     DIRECTS the clerk to close this action.


      IT IS SO ORDERED.

**Dated:    March 14, 2012**                **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE

1